**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**NAPUA FROMAN,**                                    **No. 05-187 Erie**
                    **Plaintiff,**

**v.**

**TRU-WELD GRATING, INC.,**                  **Electronically Filed**
                    **Defendant.**

### AFFIDAVIT OF CONSENT

It is hereby sworn and averred by the undersigned attorney of record for the Plaintiff, that Carl H. Hellerstedt, Jr., attorney of record for the Defendant, has consented to Plaintiff's First Motion to Extend Discovery Period and the Motion should be considered as a joint motion.

/s/ Daniel J. Iler
Daniel J. Iler
Attorney for Plaintiff