**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**NAPUA FROMAN,**  No. 05-187 Erie
       Plaintiff,

v.

**TRU-WELD GRATING, INC.,**  Electronically Filed
       Defendant.

## **ORDER**

     AND NOW this _____ day of _____, 2006, upon Plaintiff's First Motion to Extend Discovery Period and it appearing that the said Motion is consented to, said Motion is hereby granted.

     The parties shall complete discovery, both lay and expert, on or before March 31, 2006.

     Plaintiff's pre-trial narrative statement shall be filed on or before April 20, 2006. Defendant's pre-trial narrative statement shall be filed on or before May 10, 2006.

     On or before April 20, 2006, any party may file a dispositive motion which shall be accompanied by a supporting brief, and such affidavits and other supporting documentation as may be appropriate. Any responding party may file an opposing brief, together with such affidavits and supporting documents as may be appropriate on or before May 10, 2006.

     In all other respects the Case Management Order filed by this Court on October 7,

2005 is to remain in effect and is hereby incorporated by reference.

_____
Sean J. McLaughlin
U.S. District Judge