IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAPUA FROMAN, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-187 Erie |
| | ) |
| v. | ) Honorable Sean J. McLaughlin |
| | ) |
| TRU-WELD GRATING, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(A)(1)(b) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party will pay its own costs.

FOR THE PLAINTIFF:

_/s/ Daniel J. Ilen_
Daniel J. Ilen, Esquire
PA. I.D. #46300
591 East Maiden Street
Washington, PA 15301
Telephone No.: (724) 225-2677

FOR THE DEFENDANT:

_/s/ Carl H. Hellerstedt_
Carl H. Hellerstedt, Jr., Esquire
PA. I.D. # 10009
Spilman Thomas & Battle, PLLC
3440 One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Telephone No.: (412) 325-3308